# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD R. HEURLIN and TANYA HEURLIN,** : | |
| : | |
| Appellants : | CIVIL ACTION NO. 3:14-2060 |
| : | |
| v. : | (MANNION, D.J.) |
| : | |
| **COLE ALEXANDER FINANCIAL LTD., et al.,** : | |
| : | |
| Appellees : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The Heurlin's appeal from the Bankruptcy Court, (Doc. 1), is **DENIED**;

(2) The Bankruptcy Court's September 11, 2014 order denying the appellants' motion to dismiss Cole Alexander's Chapter 7 petition is **AFFIRMED**; and

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 31, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2060-01-ORDER.wpd